

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/15/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| TEXAS CLASSIC BUILDERS, LP | § | 09-38472-H4-7 |
| d/b/a Texas Classic Homes, L.P. | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

## ORDER CONVERTING CASE TO CHAPTER 7

     CAME ON to be considered Debtor's Motion To Use Cash Collateral and the objections thereto.  Debtor and various creditors appeared through representatives and counsel and presented testimony, evidence and argument.  After considering same the Court made findings on the record pursuant to Bankruptcy Rule 7052 and determined the case should be converted to chapter 7.  It is therefore:

     **ORDERED** that this voluntary petition in bankruptcy is **CONVERTED** to Chapter 7; and it is further

     **ORDERED** that the Debtor shall file or supplement appropriate lists,  inventories, schedules and statements required by Bankruptcy Rule 1007  within (15) fifteen days of the entry of this Order and shall otherwise comply with the  requirements of Bankruptcy Local Rule 1007 and Bankruptcy Local  Rule 1019.

Signed this 15th day of June, 2010.

Jeff Bohm
United States Bankruptcy Judge